IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTONY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:10-CV-3124-JFB-FG3 |
| vs. | ) | |
| | ) | ORDER |
| GUARDSMARK LLC, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on plaintiff's unopposed motion for leave to file an amended complaint (Doc. 23). Upon review of the proposed amended complaint, the court finds that the motion should be granted. Pursuant to Fed. R. Civ. P. 15(a) and NECivR 15.1,

**IT IS ORDERED** that plaintiff's Motion (Doc. 23) is granted. Plaintiff shall file and serve the amended complaint no later than **February 15, 2011.** Responses to the amended pleading shall be filed and served within the time allowed by Fed. R. Civ. P. 15(a).

**DATED February 2, 2011.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**