## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ANTONY SMITH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **4:10-CV-3124-JFB-FG3** |
| vs. ) | |
| ) | **ORDER** |
| **GUARDSMARK LLC,** ) | |
| ) | |
| **Defendant.** ) | |

    Because the plaintiff is now represented by counsel, the case was removed from the pro se docket and reassigned to the undersigned magistrate judge for full pretrial supervision. Upon review of the court file,

    **IT IS ORDERED** that the deadlines and hearings set in the progression order entered on January 26, 2011 (Filing No. 19) are vacated. A revised schedule will be entered after the parties file their Rule 26(f) planning report, which is due March 1, 2011.

    **DATED February 2, 2011.**

                                                       **BY THE COURT:**

                                                       **s/ F.A. Gossett, III**
                                                       **United States Magistrate Judge**